Fred L. PORTER, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent– Appellee.

No. 2011–7162.

United States Court of Appeals, Federal Circuit.

Aug. 5, 2011.

Fred L. Porter, Tampa, FL, pro se.

Katy M. Bartelma, Department of Justice, Washington, DC, for Respondent–Appellee.

## ON MOTION

### ORDER

Fred L. Porter moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.